# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0567. JACOB MOYERS v. THE STATE.**

Jacob Moyers filed this direct appeal from the trial court's order revoking his probation. An application for discretionary appeal is required to appeal a probation revocation order. OCGA § 5-6- 35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005). Because this Court lacks jurisdiction to consider a direct appeal from a probation revocation order, this appeal is hereby DISMISSED.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/21/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] Moyers also filed an application for discretionary appeal from the order, but the application was dismissed as untimely. See A12D0444.